IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Removed from the Circuit Court of Lamar County, Mississippi |
| LIGHTS ON DISTRIBUTORS, LLC. CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-50 | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS MOTION TO DISMISS THE COMPLAINT

NOW COME, Defendants Lights On Distributors, LLC ("Lights On Distributors"), CCD Webstore, LLC, Carter Custom Design, LLC, and Bryan Carter and file this their Motion to Dismiss the Complaint of AC2T, Inc. ("AC2T") and would state as follows:

1. On June 7, 2021, Plaintiff filed its Complaint against Lights On Distributors, LLC, CCD Webstore, LLC d/b/a Think Webstore, Carter Custom Design, LLC, and John Does 1-50 for breach of contract and trademark infringement.

2. As set forth in the Memorandum Brief the Court should grant Defendants' Motion to Dismiss and that AC2T, Inc.'s Complaint be dismissed.

WHEREFORE Defendants Lights On Distributors, LLC, CCD Webstore, LLC, Carter Custom Design, LLC, and Bryan Carter respectfully request that the Court grant this Motion to Dismiss and that AC2T, Inc.'s Complaint be dismissed for the reasons set forth in its Memorandum Brief in Support of Motion to Dismiss.

Dated:  July 8, 2021

                                      LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER

                                      By:  s/ *J. Chase Bryan*
                                            J. Chase Bryan (MSB 9333)

OF COUNSEL:

J. Chase Bryan (MSB 9333)
Attorney for Defendants
YOUNG WELLS WILLIAMS PA
Post Office Box 6005
141 Township Avenue
Suite 300 (39157)
Ridgeland, MS  39158
T:	601-948-6100
F:	601-355-6136
cbryan@youngwells.com

## CERTIFICATE OF SERVICE

    I, J. Chase Bryan, counsel for defendants hereby certify that, on this day, the above and foregoing was filed using the ECF Court filing system and by electronic mail and U.S Mail to the following counsel of record:

Seth M. Hunter
Duke Dukes & Hunter
Post Office Box 2055
Hattiesburg, MS  39403
shunter@jdukeslaw.com

DATED:  July 8, 2021.

                                                        s/ *J. Chase Bryan*
                                                           J. Chase Bryan