IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO<br><br>   Plaintiff/Counter-Defendant,<br>v.<br><br>LIGHTS ON DISTRIBUTORS, LLC. CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-50<br><br>   Defendants/Counter-Plaintiffs/<br>   Third-Party Plaintiffs,<br><br>v.<br><br>JEREMY HIRSCH, MATTHEW JACKSON, AND JOHN DOES 1-50,<br><br>   Third-Party Defendants. | Civ. No. 2:21-cv-00093-TBM-RPM |

## OPPOSITION TO MOTION TO DISMISS

Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Lights On Distributors, LLC ("LOD" or "Lights On Distributors"), CCD Webstore, LLC ("Think" or "Think Webstore"), Carter Custom Design, LLC ("CCD"), and Bryan Carter and file this brief in opposition to the motion to dismiss [Doc 30] filed by Matthew Jackson and in support state as follows:

1. The motion to dismiss should be denied for the reasons set forth in the Memorandum Brief in Opposition to the Motion to Dismiss [Doc. 30] which is incorporated herein by reference.

Based on the foregoing, the motion to dismiss should be denied.

1

                                            Respectfully submitted,

                                            LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER

                                            By: *s/ J. Chase Bryan*
                                            J. Chase Bryan (MSB 9333)

OF COUNSEL:

J. Chase Bryan (MSB 9333)
Attorney for Defendants
YOUNG WELLS WILLIAMS PA
Post Office Box 6005
141 Township Avenue
Suite 300 (39157)
Ridgeland, MS 39158
T:    601-948-6100
F:    601-355-6136
cbryan@youngwells.com


George Spatz, Esq.
Amin Talati Wasserman LLP
100 South Wacker Drive, Suite 200
Chicago, IL 60606
gspatz@amintalati.com

2

## CERTIFICATE OF SERVICE

      I, J. Chase Bryan, counsel for defendants/counter-plaintiffs/third-party plaintiffs hereby certify that, on this day, the above and foregoing was filed using the ECF Court filing system and by electronic mail to the following counsel of record:

Seth M. Hunter
Duke Dukes & Hunter
Post Office Box 2055
Hattiesburg, MS  39403
shunter@jdukeslaw.com

DATED:  March 14, 2022.

                                                                              s/ *J. Chase Bryan*
                                                                                J. Chase Bryan