IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | PLAINTIFF/COUNTER-DEFENDANT |
| v. | Civil Action No. 2:21-cv-0093-TBM-RPM |
| LIGHTS ON DISTRIBUTORS, LLC. CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES1-50 | DEFENDANTS/COUNTER PLAINTIFFS/THIRD PARTY PLAINTIFFS |
| v. | |
| JEREMEY HIRSH, MATTHEW JACKSON, AND JOHN DOES 1-50 | THIRD-PARTY DEFENDANTS |

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

NOW COME Defendants Lights On Distributors, LLC, CCD Webstore, LLC, Carter Custom Design, LLC, and Bryan Carter and file this their Motion to Exceed Page Limits, and would state as follows:

1.     On February 2, 2022, Plaintiff filed an Amended Complaint [Doc. 28]. The Amended Complaint asserts thirteen putative causes of action, not including sub-causes of action. The breach of contract claim alone alleges twelve separate putative breaches.

2.     On April 1, 2022, Defendants filed a consolidated Renewed Motion to Dismiss (on behalf of all four defendants and did not file separate motions as to each defendant) with a 26-page supporting Memorandum [Docs. 41 and 42, corrected as Docs. 44 and 45], seeking dismissal of each cause of Plaintiff's Amended Complaint.

3.     On May 2, 2022, Plaintiff filed a Response in Opposition to Defendants' Renewed Motion and a 36-page supporting Memorandum [Docs. 50 and 51], covering a variety of issues as to each cause of action.

4. Rule 7(b)(5) of The Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi current as of December 1, 2021 provides "[m]ovant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages…."

5. Defendants have attempted to respond to each of Plaintiff's responses as succinctly as possible in a consolidated reply memorandum, but anticipate needing an extra 8 pages of total briefing to address the arguments related to each of them.

6. The proposed reply memorandum is filed contemporaneously herewith.

7. Counsel for Defendants conferred with counsel for Plaintiff and Counsel for Plaintiff would not agree to this request.

8. WHEREFORE Defendants respectfully request that this Motion to Exceed Page Limits be granted and that Defendants be allowed a Reply in excess of 35-pages of total briefing.

Dated:  May 23, 2022

LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER

By:  s/ *George R. Spatz*
George R. Spatz (Pro Hac)
Attorney for Defendants
AMIN TALATI WASSERMAN LLP
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
T:     312-466-1033
F:     312-884-7352
gspatz@amintalati.com

OF COUNSEL:

J. Chase Bryan (MSB 9333)
Attorney for Defendants
Christian Small
409 W. Parkway Place, Suite 200
Ridgeland, MS  39157
T:	601-427-4031
jcbryan@csattorneys.com

## CERTIFICATE OF SERVICE

I, George Spatz, counsel for defendants hereby certify that, on this day, the above and foregoing was filed using the ECF Court filing system and served on counsel of record:

Seth M. Hunter
Duke Dukes & Hunter
Post Office Box 2055
Hattiesburg, MS 29403
shunter@dukeslaw.com

Dated: May 23, 2022					s/ *George R. Spatz*
								George R. Spatz