**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 2:21-cv-00093-TBM-RPM |
| | ) | |
| LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-50 | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR CLARIFICATION**

NOW COMES Defendants Lights On Distributors, LLC ("LOD" or "Lights On Distributors"), CCD Webstore, LLC ("Think" or "Think Webstore"), Carter Custom Design, LLC ("CCD") and Bryan Carter and for their Motion for Clarification state as follows:

1.     On April 1, 2022, the various Defendants field a Renewed Motion to Dismiss [Dkt. 44 (corrected)] Plaintiff's Amended Complaint [Dkt. 28].

2.     On September 8, 2022, the Court held a hearing on the motion and on September 9, 2022, the Court issued an Order [Dkt. 57] granting various requests and denying various requests contained in the motion.

3.     The Order, however, does not explicitly address Defendants' request to dismiss Plaintiff's cause of action for promissory estoppel or Lights On Distributors' request to dismiss Plaintiff's cause of action on good faith and fair dealing.

4.     Defendants believe the Court's discussion and determinations at the September 8, 2022 hearing on the motion apply to and preclude Plaintiff's claim for promissory estoppel and

1

that the Court's discussion and determinations militate against the cause for breach of the duty of good faith and fair dealing/bad faith.

5.      On September 21, 2022, Defendants' counsel met and conferred with Plaintiff's counsel. However, Plaintiff's counsel did not agree to the relief requested in this motion.

6.      As set forth in the Memorandum Brief submitted contemporaneously herewith, the Court should grant Defendants' request for clarification that Plaintiff's causes for Promissory Estoppel and Breach of the Duty of Good Faith and Fair Dealing/Bad Faith are dismissed.

WHEREFORE Defendants respectfully request clarification of the September 9, 2022 Order, that Plaintiff's causes of action for promissory estoppel and breach of the duty of good faith and fair dealing/bad faith be dismissed, and any additional and further relief the Court deems just and equitable.

Respectfully submitted, this the 23rd day of September 2022.

<div style="margin-left: 50%;">

LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER

By: s/ *George R. Spatz*
George R. Spatz (Pro Hac)
Attorney for Defendants
AMIN TALATI WASSERMAN LLP
549 W. Randolph Street, Suite 400
Chicago, IL 60661
T:      312-466-1033
F:      312-884-7352
gspatz@amintalati.com

</div>

OF COUNSEL:

J. Chase Bryan (MSB 9333)
Attorney for Defendants
CHRISTIAN SMALL
603 Duling Avenue, Suite 204
Jackson, MS 39216

T:      601-427-4050
F:      601-707-7913
jcbryan@csattorneys.com

<div align="center">CERTIFICATE OF SERVICE</div>

I, George Spatz, counsel for defendants hereby certify that, on this day, the above and foregoing was filed using the ECF Court filing system and served on counsel of record:

Seth M. Hunter
Duke Dukes & Hunter
Post Office Box 2055
Hattiesburg, MS 29403
shunter@dukeslaw.com

Dated: September 23, 2022                      s/ *George R. Spatz*
                                               George R. Spatz