IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | PLAINTIFF/COUNTER-DEFENDANT |
| v. | Civil Action No. 2:21-cv-0093-TBM-RPM |
| LIGHTS ON DISTRIBUTORS, LLC. CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES1-50 | DEFENDANTS/COUNTER PLAINTIFFS/THIRD PARTY PLAINTIFFS |
| v. | |
| JEREMEY HIRSH, MATTHEW JACKSON, AND JOHN DOES 1-50 | THIRD-PARTY DEFENDANTS |

**DEFENDANTS' UNOPPOSED MOTION FOR TIME TO RESPOND**

NOW COME Defendants Lights On Distributors, LLC, CCD Webstore, LLC, Carter Custom Design, LLC, and Bryan Carter and file this their Unopposed Motion for Time to reply to Plaintiff's Response to Defendants' Motion for Clarification [Docs. 63/64], and would state as follows:

1. On September 23, 2022, Defendants filed a Motion for Clarification and Memorandum and Brief in Support [Docs. 59/60].

2. On October 21, 2022, Plaintiff filed a Response and Memorandum Brief to same [Docs. 63/64].

3. Due to Counsel for Defendants' schedule, including but not limited to preparing a TRO filing, he did not have adequate time to finalize a reply by the due date.

4. Counsel for Defendants conferred with counsel for Plaintiff and requested an extension until November 4, 2022 to file the Reply. Counsel for Plaintiff does not oppose this request.

5.       Accordingly, Defendants respectfully request that this Motion for Extension of Time be granted and that Defendants may have until November 4, 2022 to file their Reply.

Dated:  October 28, 2022

LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER

By:  s/ *George R. Spatz*
George R. Spatz (Pro Hac)
Attorney for Defendants
AMIN TALATI WASSERMAN LLP
549 W. Randolph Street, Suite 400
Chicago, IL 60661
T:       312-466-1033
F:       312-884-7352
gspatz@amintalati.com

OF COUNSEL:

J. Chase Bryan (MSB 9333)
Attorney for Defendants
CHRISTIAN SMALL
603 Duling Avenue, Suite 204
Jackson, MS 39216
T:       601-427-4050
F:       601-707-7913
jcbryan@csattorneys.com

## CERTIFICATE OF SERVICE

I, George Spatz, counsel for defendants hereby certify that, on this day, the above and foregoing was filed using the ECF Court filing system and served on counsel of record:

Seth M. Hunter
Duke Dukes & Hunter
Post Office Box 2055
Hattiesburg, MS 29403
shunter@dukeslaw.com

Dated: October 28, 2022                                      s/ *George R. Spatz*
                                                                                  George R. Spatz