UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | PLAINTIFF/ COUNTER-DEFENDANT |
| V. | CIVIL ACTION NO. 2:21-cv-00093-TBM-RPM |
| LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-10 | DEFENDANTS/ COUNTER-PLAINTIFFS/ THIRD-PARTY PLAINTIFFS |
| V. | |
| JEREMY HIRSCH, MATTHEW JACKSON, AND JOHN DOES 1-50 | THIRD-PARTY DEFENDANTS |

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given, that Plaintiff/Counter Defendant AC2T, Inc. d/b/a Spartan Mosquito has on this date served via e-mail the following documents upon the attorneys for the party indicated:

*AC2T, Inc. d/b/a Spartan Mosquito's*
*First Set of Interrogatories to*
*Defendants/Counter-Plaintiff Bryan Carter*

The undersigned retains the original of the above documents as custodian thereof, and a true and correct copy of the above and foregoing.

RESPECTFULLY SUBMITTED, on this the 9th day of December, 2022.

                AC2T, INC.
                D/B/A SPARTAN MOSQUITO,
                PLAINTIFF/COUNTER-DEFENDANT

                JEREMY HIRSCH,
                THIRD-PARTY DEFENDANT

BY: *s/Seth M. Hunter (MSB# 101145)*
      Dukes Dukes & Hunter
      P.O. Box 2055
      Hattiesburg, MS 39403
      Tel: (601) 544-4121
      Fax: (601) 544-4425
      E-Mail: shunter@jdukeslaw.com
      *Attorney for Plaintiff/Counter-Defendant*
      *AC2T, Inc. d/b/a Spartan Mosquito,*
      *and Third-Party Defendant Jeremy Hirsch*

## **CERTIFICATE OF SERVICE**

The undersigned herein states that he has this day served upon the following persons at their e-mail addresses listed below a true and correct copy of the foregoing instrument by way of the Electronic Court Filing System for the U.S. District Court for the Southern District of Mississippi:

>J. Chase Bryan, Esq.
>Christian Small
>603 Duling Avenue, Suite 204
>Jackson, MS 39216
>E-mail:jcbryan@csattorneys.com
>*Counsel for Defendants/*
>*Counter-Plaintiffs and Third-Party Plaintiffs*
>
>George R. Spatz, Esq.
>Amin Talati Wasserman, LLP
>200 S. Wacker Dr., Ste. 2000
>Chicago, IL 60606
>E-mail: gspatz@amintalati.com
>*Counsel for Defendants/*
>*Counter-Plaintiffs and Third-Party Plaintiffs*
>
>Michael R. Kelly, Esq.
>Thompson Addison, PLLC
>2060 Main St.
>Madison, MS 39110
>E-mail: michael@thompsonaddison.com
>*Counsel for Third-Party Defendant Matthew Jackson*

RESPECTFULLY SUBMITTED, this 9th day of December, 2022.

*s/Seth M. Hunter (MSB# 101145)*