UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | PLAINTIFF/ COUNTER-DEFENDANT |
| V. | CIVIL ACTION NO. 2:21-cv-00093-TBM-RPM |
| LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-10 | DEFENDANTS/ COUNTER-PLAINTIFFS/ THIRD-PARTY PLAINTIFFS |
| V. | |
| JEREMY HIRSCH, MATTHEW JACKSON, AND JOHN DOES 1-50 | THIRD-PARTY DEFENDANTS |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Notice is hereby given, that Plaintiff/Counter Defendant AC2T, Inc. d/b/a Spartan Mosquito has on this date served via e-mail the following documents upon the attorneys for the party indicated:

*AC2T, Inc. d/b/a Spartan Mosquito's*
*Second Supplemental Responses to*
*Defendant/Counter-Plaintiff Carter Custom Design, LLC's*
*First Set of Requests for Production of Documents*

The undersigned retains the original of the above documents as custodian thereof, and a true and correct copy of the above and foregoing.

RESPECTFULLY SUBMITTED, on this the 22nd day of December, 2022.

          AC2T, INC.
          D/B/A SPARTAN MOSQUITO,
          PLAINTIFF/COUNTER-DEFENDANT

          JEREMY HIRSCH,
          THIRD-PARTY DEFENDANT

BY: *s/Seth M. Hunter (MSB# 101145)*
   Dukes Dukes & Hunter
   P.O. Box 2055
   Hattiesburg, MS 39403
   Tel: (601) 544-4121
   Fax: (601) 544-4425
   E-Mail: shunter@jdukeslaw.com
   *Attorney for Plaintiff/Counter-Defendant*
   *AC2T, Inc. d/b/a Spartan Mosquito,*
   *and Third-Party Defendant Jeremy Hirsch*

## CERTIFICATE OF SERVICE

The undersigned herein states that he has this day served upon the following persons at their e-mail addresses listed below a true and correct copy of the foregoing instrument by way of the Electronic Court Filing System for the U.S. District Court for the Southern District of Mississippi:

> J. Chase Bryan, Esq.
> Christian Small
> 603 Duling Avenue, Suite 204
> Jackson, MS 39216
> E-mail:jcbryan@csattorneys.com
> *Counsel for Defendants/*
> *Counter-Plaintiffs and Third-Party Plaintiffs*
>
> George R. Spatz, Esq.
> Amin Talati Wasserman, LLP
> 200 S. Wacker Dr., Ste. 2000
> Chicago, IL 60606
> E-mail: gspatz@amintalati.com
> *Counsel for Defendants/*
> *Counter-Plaintiffs and Third-Party Plaintiffs*
>
> Michael R. Kelly, Esq.
> Thompson Addison, PLLC
> 2060 Main St.
> Madison, MS 39110
> E-mail: michael@thompsonaddison.com
> *Counsel for Third-Party Defendant Matthew Jackson*

RESPECTFULLY SUBMITTED, this 22nd day of December, 2022.

> *s/Seth M. Hunter (MSB# 101145)*