# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**AC2T, INC.,** *doing business as Spartan Mosquito*                              **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 2:21-cv-93-TBM-RPM**

**LIGHTS ON DISTRIBUTORS, LLC;**
**CCD WEBSTORE, LLC,** *doing business*
*As Think Webstore*; **CARTER CUSTOM**
**DESIGN, LLC; BRYAN CARTER;**
**JEREMY HIRSCH; MATTHEW JACKSON**                              **DEFENDANTS**

## ORDER ON MOTION TO CLARIFY

This matter came before the Court on CCD Webstore, LLC, Bryan Carter, Carter Custom Design LLC, and Lights On Distributor's Motion for Clarification [59]. At the hearing conducted in this matter on January 31, 2023, the Court, having considered the pleadings, the record, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 31, 2023, CCD Webstore, LLC, Bryan Carter, Carter Custom Design LLC, and Lights On Distributor's Motion for Clarification [59] is DENIED. AC2T, Inc.'s claims for promissory estoppel and breach of the duty of good faith and fair dealing will proceed.

THIS, the 31st day of January, 2023.

                                                        _____
                                                        TAYLOR B. McNEEL
                                                        UNITED STATES DISTRICT JUDGE