IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>LIGHTS ON DISTRIBUTORS, LLC. CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-50<br><br>        Defendants/Counter-Plaintiffs/<br>        Third-Party Plaintiffs,<br><br>v.<br><br>JEREMY HIRSCH, MATTHEW JACKSON, AND JOHN DOES 1-50,<br><br>        Third-Party Defendants. | Civ. No. 2:21-cv-00093-TBM-RPM |

## NOTICE OF SERVICE OF DISCOVERY

Defendant Carter Custom Design, LLC, does hereby give notice to the Court that a true and correct copy of following pleading has been mailed to counsel:

> *Defendant Carter Custom Design, LLC's First Set of Request for Admission Propounded to Plaintiff*

Further notice is hereby given that the originals of the above pleading is being retained in our files.

Respectfully submitted this the 9th day of February, 2023.

CARTER CUSTOM DESIGN, LLC


BY: /s/ J. Chase Bryan
    J. CHASE BRYAN


J. Chase Bryan (MSB # 9333)
Shauncey Hunter Ridgeway (MSB#105189)
CHRISTIAN & SMALL, LLP
603 Duling Avenue, Suite 204
Jackson, MS 39216
Telephone: (601) 427-4031
jcbryan@csattorneys.com


George R. Spatz (Pro Hac Vice)
Amin Talati Wasserman, LLP
100 South Wacker Drive, Suite 200
Chicago, IL 60606

## CERTIFICATE OF SERVICE

I, J. Chase Bryan, do hereby certify that I have filed a copy of the above and foregoing document through the Court's ECF filing system which gave notice to all counsel of record.

This the 9th day of February, 2023.

*/s/ J. Chase Bryan*
J. CHASE BRYAN
