UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AC2T, INC. D/B/A SPARTAN MOSQUITO | PLAINTIFF/ COUNTER-DEFENDANT |
| V. | CIVIL ACTION NO. 2:21-cv-00093-TBM-RPM |
| LIGHTS ON DISTRIBUTORS, LLC, CCD WEBSTORE, LLC D/B/A THINK WEBSTORE, CARTER CUSTOM DESIGN, LLC, BRYAN CARTER, AND JOHN DOES 1-10 | DEFENDANTS/ COUNTER-PLAINTIFFS/ THIRD-PARTY PLAINTIFFS |
| V. | |
| JEREMY HIRSCH, MATTHEW JACKSON, AND JOHN DOES 1-50 | THIRD-PARTY DEFENDANTS |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Parties hereto, AC2T, Inc. d/b/a Spartan Mosquito, Jeremy Hirsch, Lights on Distributors, LLC, CCD Webstore, LLC d/b/a Think Webstore, Carter Custom Design, LLC, Bryan Carter, and Matthew Jackson, and file and submit this, their Agreed Stipulation of Dismissal with Prejudice as to the claims brought in this matter and the parties to this matter, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that any and all claims, counter-claims, cross claims, and third-party claims made by and between the Parties in this action, and the Parties hereto, shall be and are DISMISSED WITH PREJUDICE with each Party to bear its own attorneys' fees, expenses, and costs.

SO AGREED AND STIPULATED, on this the 1st day of June, 2023.

| | | | |
|---|---|---|---|
| | AC2T, INC.<br>D/B/A SPARTAN MOSQUITO,<br>PLAINTIFF/COUNTER-DEFENDANT<br><br>JEREMY HIRSCH,<br>THIRD-PARTY DEFENDANT: | | LIGHTS ON DISTRIBUTORS, LLC,<br>CCD WEBSTORE, LLC D/B/A THINK<br>WEBSTORE,<br>CARTER CUSTOM DESIGN, LLC,<br>AND BRYAN CARTER,<br>DEFENDANTS/COUNTER-<br>PLAINTIFFS/THIRD-PARTY<br>PLAINTIFFS: |
| BY: | _s/Seth M. Hunter (MSB# 101145)_<br>Jacob D. King (MSB# 104157)<br>Dukes Dukes & Hunter<br>P.O. Box 2055<br>Hattiesburg, MS 39403<br>Tel: (601) 544-4121<br>Fax: (601) 544-4425<br>E-Mail: shunter@jdukeslaw.com | BY: | _s/George R. Spatz (Pro Hac Vice)_<br>AMIN TALATI WASSERMAN LLP<br>100 S. Wacker Drive, Suite 2000<br>Chicago, IL 60606<br>Tel: 312-466-1033<br>Fax: 312-884-7352<br>E-Mail: gspatz@amintalati.com<br><br>_s/J. Chase Bryan (MSB# 9333)_<br>CHRISTIAN SMALL<br>409 W. Parkway Place, Suite 200<br>Ridgeland, MS 39157<br>Tel: 601-427-4031<br>E-Mail: jcbryan@csattorneys.com<br><br>MATTHEW JACKSON,<br>THIRD-PARTY DEFENDANT: |
| | | BY: | _s/Michael R. Kelly (MSB# 103547)_<br>THOMPSON ADDISON, PLLC<br>2060 Main Street<br>Madison, MS 39110<br>Tel: (601) 850.8000<br>Fax: (601) 499.5219<br>E-Mail: michael@thompsonaddison.com |

## CERTIFICATE OF SERVICE

The undersigned herein states that he has this day served upon the following persons at their e-mail addresses listed below a true and correct copy of the foregoing instrument by way of the Electronic Court Filing System for the U.S. District Court for the Southern District of Mississippi:

>J. Chase Bryan, Esq.
>Christian Small
>603 Duling Avenue, Suite 204
>Jackson, MS 39216
>E-mail:jcbryan@csattorneys.com
>*Counsel for Defendants/*
>*Counter-Plaintiffs and Third-Party Plaintiffs*
>
>George R. Spatz, Esq.
>Amin Talati Wasserman, LLP
>200 S. Wacker Dr., Ste. 2000
>Chicago, IL 60606
>E-mail: gspatz@amintalati.com
>*Counsel for Defendants/*
>*Counter-Plaintiffs and Third-Party Plaintiffs*
>
>Michael R. Kelly, Esq.
>Thompson Addison, PLLC
>2060 Main St.
>Madison, MS 39110
>E-mail: michael@thompsonaddison.com
>*Counsel for Third-Party Defendant Matthew Jackson*

RESPECTFULLY SUBMITTED, this the 1st day of June, 2023.

*s/Seth M. Hunter (MSB# 101145)*
