AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of Mississippi - Eastern Division__ on the following

☑ Trademarks or   ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-93-TBM-RPM | DATE FILED<br>7/7/2021 | U.S. DISTRICT COURT<br>Southern District of Mississippi - Eastern Division |
|---|---|---|
| PLAINTIFF<br>AC2T, Inc., d/b/a Spartan Mosquito | | DEFENDANT<br>Lights On Distributors, LLC, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5185280 | 4/18/2017 | Spartan Mosquito |
| 2 | 5185284 | 4/18/2017 | Spartan Mosquito Bomb |
| 3 | 5271098 | 8/22/2017 | Spartan Mosquito Logo |
| 4 | 5958603 | 1/14/0202 | Spartan Mosquito & Design |
| 5 | 5817011 | 7/30/2019 | Spartan Mosquito Eradicator |

**Trademarks continued** In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 88717974 | | Spartan Go |
| 2 | 88717969 | | Spartan Go! |
| 3 | 88718236 | | Spartan Mosquito Eradicator Pro-Tech |
| 4 | 90266970 | | Spartan Mosquito Pro-Tech |
| 5 | 15965/15967 | 9/2/2016 | Spartan Mosquito/Spartan Mosquito Logo |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| AGREED STIPULATION OF DISMISSAL WITH PREJUDICE ENTERED ON JUNE 1, 2023 |

| CLERK<br>ARTHUR JOHNSTON | (BY) DEPUTY CLERK<br>*L Rogan* | DATE<br>JUNE 2, 2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy